UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| vs. | ) | Case Number: CR 05-S-354-NE |
| | ) | |
| **WAQAS ZIA MALIK.** | ) | |

**ORDER**

This case is before the court on defendant's motion to suppress evidence (doc. no. 17). The motion was referred to Magistrate Judge Robert R. Armstrong, who held a hearing on December 12, 2005. On December 14, 2005, he filed his report and recommendation. The defendant orally waived his right to file objections during his change of plea hearing held on December 22, 2005.

Upon consideration of the entire record herein, including the magistrate judge's report and recommendation, the court ACCEPTS the report, and ADOPTS the recommendation of the magistrate judge. Accordingly, defendant's motion to suppress is DENIED.

DONE this 22nd day of December, 2005.

_____
United States District Judge